United States District Court
Southern District of Texas
ENTERED

MAR 2 2 2010

David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
FILED

MAR 2 2 2010

Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. B-09-1564 |
| § | |
| ABNER ANTONIO GRANADOS § | |
| **AKA: Walter Mario Rivera** § | |
| **AKA: Walter Rivera** § | |

## ORDER

BE IT REMEMBERED on this 22 day of March, 2010, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed December 23, 2009, wherein the defendant Abner Antonio Granados waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Abner Antonio Granados to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Abner Antonio Granados guilty of the offense of alien unlawfully being present in the United States after having been convicted of a felony and deported, in violation of 8 U.S.C. 1326(a) and 1326(b)(1).

SIGNED this the 22 day of March, 2010.

Hilda G. Tagle
United States District Judge